1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEANNE FERRANTE,

              Plaintiff,

       v.

COSTCO WHOLESALE CORPORATION, and
DOES 1 - 5, inclusive,

              Defendants.

Case No. C08-591RAJ

TAXATION OF COSTS

      Costs in the above-entitled cause are hereby taxed against PLAINTIFF LEANNE FERRANTE and on behalf of DEFENDANT COSTCO WHOLESALE CORPORATION in the unopposed amount of $17,152.30.

      Entered this _____6th_____ day of JULY , 2010 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1